### WALKER *v.* THE STATE.

LUMPKIN, P. J. There was ample evidence to warrant the verdict, and consequently no error in denying a motion for a new trial based on the general grounds.          *Judgment affirmed.     All the Justices concurring.*

Argued June 17,—Decided July 23, 1901.

Accusation of receiving stolen goods. Before Judge Crisp. City court of Americus. May 9, 1901.

*Blalock & Cobb* and *W. W. Dykes*, for plaintiff in error.
*J. A. Ansley Jr.*, solicitor, contra.